# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HARMON L. TAYLOR | § | |
| | § | Civil Action No. 4:17-CV-488 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| CITY OF SHERMAN, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 1, 2018, the report of the Magistrate Judge (Dkt. #72) was entered containing proposed findings of fact and recommendations that Plaintiff Harmon L. Taylor's claims be dismissed pursuant to Federal Rule of Civil Procedure 41. Plaintiff acknowledged receipt of the report on February 5, 2018 (Dkt. #74).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**, including specifically Plaintiff's Motions for Temporary Restraining Order (Dkts. #2, #24) and Motions for Preliminary Injunction (Dkts. #3, #25).

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED** this 28th day of February, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE